*Receipt # 11090434*
*$5718.09*
*08/19/10 KeD*

# John H. Heyer
Attorney at Law
604 Exchange National Bank Building
P.O. Box 588
Olean, New York 14760
716-372-0395

Fax: 716-372-0446
Email: jhh@heyerlaw.com

ALSO ADMITTED IN COLORADO
AND PENNSYLVANIA

August 18, 2010

U. S. Bankruptcy Court Clerk
United States Bankruptcy Court
300 Pearl Street Suite 350
Buffalo, NY 14202-2501

Re: BROOKS, James D.
    BROOKS, Tammy R.
Case No: 05-19680 B
Chapter 7

Gentlemen:

Enclosed please find check number 10115 in the amount of $ 5,718.09 for the above referenced bankruptcy case. This check is being issued to replace check numbers as follows:

| Check No: | Payee | Claim No: | Amount |
|---|---|---|---|
| 10106 | Children's Home Care Pharmacy | 5 | 4,840.00 |
| 10110 | Children's Home Care Pharmacy | 5 I | 878.09 |
| Total | | | $ 5,718.09 |

The creditor has not cashed or returned these checks and stop payment has been issued. If there are any questions, please contact my office.

Very truly yours,

JOHN H. HEYER

Encl:
JHH/sl

RECEIVED AUG 19 2010 BANKRUPTCY COURT BUFFALO, NY

FILED AUG 19 2010 BANKRUPTCY COURT